UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:21-CR-20-CHB-1 |
| ) | |
| v. ) | |
| ) | **MEMORANDUM AND ORDER** |
| JASON DANIEL PEACE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Jason Daniel Peace has filed a *pro se* motion for compassionate release [R. 76]. For the reasons that follow, the requested relief will be denied.

Under 18 U.S.C. § 3582(c), as amended by the First Step Act, a defendant may make a direct request to the Court for compassionate release "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" 18 U.S.C. § 3582(c)(1)(A)(i). The requirement in § 3582(c)(1)(A) is "mandatory" and is not subject to any "judge-made exceptions." *United States v. Alam*, 960 F.3d 831, 834 (6th Cir. 2020).

Defendant gives no indication that he has exhausted his administrative remedies with respect to his request for compassionate release or that it has been more than 30 days since he requested such relief from the warden of his institution. Thus, Defendant has not demonstrated that he complied with the statutory requirements for compassionate release before filing the instant motion, and the motion will be denied. *See id.* at 836 (approving dismissal without

prejudice where prisoner did not exhaust his administrative remedies before filing a motion for compassionate release based on COVID-19).

For the foregoing reasons, **IT IS ORDERED** as follows:

1. Defendant's motion for compassionate release [R. 76] is **DENIED without prejudice**. The Court will expedite any subsequent motion for compassionate release filed after Defendant meets the statutory exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A).

This the 10th day of July, 2023.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY